SETH X. METZGER ET AL. v. THE CANADIAN AND EUROPEAN CREDIT SYSTEM COMPANY.

Advantage cannot be taken on demurrer of the fact that the declaration is in covenant, and by the copy of the instrument sued on annexed to the declaration it appears to be not under seal, unless in the body of the declaration the instrument sued on is referred to as so annexed and forming part of the declaration.

---

On demurrer to declaration.

Argued at June Term, 1896, before Justices DEPUE, VAN SYCKEL and GUMMERE.

For the plaintiffs, *Gallagher & Richards.*

For the defendant, *Hayes & Lambert.*

The opinion of the court was delivered by

VAN SYCKEL, J.   The declaration is in due form for covenant, and the instrument sued on is not expressly made a part of the declaration.

A copy is attached to the declaration which appears to be not under seal.

Defendant demurred to the first count and assigned as cause for demurrer that the declaration is in covenant on an instrument not under seal.

It does not appear that the instrument declared on is not under seal. Resort cannot be had to the copy of the paper annexed to the declaration to show that fact; it is technically no part of the declaration. To enable the defendant to take advantage of the alleged defect, the body of the declaration must refer to the instrument sued on as so annexed; it thereby becomes part of the pleading. Otherwise the court cannot, on demurrer, take notice of it. *Gen. Stat.*, p. 2554, *pl.* 123; *Harrison* v. *Vreeland,* 9 *Vroom* 366.

There is no fault, so far as appears, in the declaration, and the demurrer must be overruled, with costs.